**Order entered April 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00161-CV

### IN THE INTEREST OF T.R.N., ET AL., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00385-X

## ORDER

Before the Court is appellant's April 2, 2019 motion for extension of time to file brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than April 29, 2019. Because

this is an accelerated appeal in a parental termination case, we caution appellant that further

extension requests will be disfavored.


/s/     KEN MOLBERG
        JUSTICE